## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- FIGUEROA-ESPANA, FERNANDO                                   IP06-CR-0048-01-L/L

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 03/22/2006 | 11/27/2006 | Felony | 1 | 06-0092M-01 | LAWRENCE | LARUE |

USA
plaintiff

**BARRY GLICKMAN**
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

V.
FIGUEROA-ESPANA, FERNANDO
defendant

**ANTHONY R BURCH**
BURCH & ASSOCIATES
1430 N WESTERN AVE, 1ST
CHICAGO, IL 60622
(773)235-6565

**CLARENCE L BURCH**
ATTORNEY AT LAW
1430 N WESTERN AVENUE
CHICAGO, IL 60622
(773)235-6565

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | POSSESSION W/INTENT TO DISTRIBUTE 5 KGMS OR MORE OF COCAINE |

| DATE | PROCEEDINGS |
|---|---|
| 03/08/2006 | COMPLAINT & AFFIDAVIT approved and signed by Magistrate Foster eod 03/08/06 [CBU] |
| 03/08/2006 | WARRANT ISSUED by Magistrate Foster eod 03/08/06 [CBU] |
| 03/09/2006 | USM RETURN arrest executed on 3/9/06 eod 03/09/06 [CBU] |
| 03/09/2006 | COURTROOM MINUTES of a hearing held before Magistrate Foster eod 03/09/06 [CBU] |
| 03/09/2006 | DEFT APPEARS IN PERSON AND w/FCD Bill Dazey eod 03/09/06 [CBU] |
| 03/09/2006 | INITIAL APPEARANCE ON COMPLAINT eod 03/09/06 [CBU] |
| 03/09/2006 | APPEARANCE FOR THE USA BY AUSA Barry Glickman eod 03/09/06 [CBU] |
| 03/09/2006 | USPO Represented by Thomas Parker eod 03/09/06 [CBU] |

03/09/2006   INTERPRETER Claudia Samulowitz was sworn in. eod 03/09/06 [CBU]

03/09/2006   CHARGES & RIGHTS and penalties were read and explained. Govt filed motion for pretrial detention. eod 03/09/06 [CBU]

03/09/2006   COURTROOM MINUTES ASSIGNS HEARING to 03/14/06 at 03:00PM Room 243 (KPF) c/m (pc and detention) eod 03/09/06 [CBU]

03/09/2006   DEFT REMANDED TO CUSTODY of the USMS pending further proceedings before the Court eod 03/09/06 [CBU]

03/09/2006   ORDER directs the Clerk to provide an interpreter KPF eod 03/09/06 [CBU]

03/09/2006   MOTION for pretrial detention USA eod 03/09/06 [CBU]

03/14/2006   COURTROOM MINUTES of a hearing held before Magistrate Foster eod 03/15/06 [CBU]

03/14/2006   DEFT APPEARS IN PERSON AND w/FCD Bill Dazey eod 03/15/06 [CBU]

03/14/2006   APPEARANCE FOR THE USA BY AUSA Barry Glickman eod 03/15/06 [CBU]

03/14/2006   USPO Represented by Thomas Parker eod 03/15/06 [CBU]

03/14/2006   INTERPRETER Claudia Samulowitz is sworn in. eod 03/15/06 [CBU]

03/14/2006   PROBABLE CAUSE HEARING held and probable cause was found. Detention hearing held and deft is ordered detained. eod 03/15/06 [CBU]

03/14/2006   DEFT REMANDED TO CUSTODY of the USMS pending further proceedings before the Court eod 03/15/06 [CBU]

03/22/2006   INDICTMENT FILED eod 03/22/06 [LSC]

03/22/2006   CRIM INFO SHEET eod 03/22/06 [LSC]

03/22/2006   PRAECIPE for WARRANT. eod 03/22/06 [LSC]

03/22/2006   WARRANT ISSUED eod 03/22/06 [LSC]

03/22/2006   NGPL ORDER ASSIGNS JURY TRIAL to 05/22/06 at 09:00AM Room 344 (DFH) c/m eod 03/22/06 [LSC]

04/03/2006   COURTROOM MINUTES of a hearing held before U S Mag Judge Shields eod 04/03/06 [SWM]

04/03/2006   DEFT APPEARS IN PERSON AND w/FCD William Dazey eod 04/03/06 [SWM]

04/03/2006   INITIAL APPEARANCE ON INDICTMENT/INFORMATION eod 04/03/06 [SWM]

04/03/2006   APPEARANCE FOR THE USA BY AUSA John Dowd eod 04/03/06 [SWM]

04/03/2006　　USPO Represented by Mike Burress eod 04/03/06 [SWM]

04/03/2006　　INTERPRETER - Claudia Samulowitz was sworn as Interpreter eod 04/03/06 [SWM]

04/03/2006　　CHARGES & RIGHTS and PENALTIES were read and explained eod 04/03/06 [SWM]

04/03/2006　　Deft waived formal arraignment. Deft previously detained and remins detained. Trial set before Judge Hamilton on 5/22/06 at 9:00 A.M. eod 04/03/06 [SWM]

04/03/2006　　Parties were ordered to meet and confer regarding disclosure of evidence on or before 4/17/06 eod 04/03/06 [SWM]

04/03/2006　　DEFT REMANDED TO CUSTODY of the US Marshals pending further proceedings before the Court eod 04/03/06 [SWM]

04/03/2006　　USM RETURN - Warrant returned fully executed w/arrest of deft on 4/3/2006. USM eod 04/04/06 [LSC]

05/11/2006　　MOTION TO CONTINUE jury trial set for 5/22/2006. DEFT c/s eod 05/11/06 [LSC]

05/12/2006　　ORDER granting deft's motion to continue jury trial set for 5/22/2006. DFH c/m eod 05/12/06 [LSC]

05/12/2006　　ORDER VACATES JURY TRIAL of 05/22/06 at 09:00AM Room 344 (DFH) c/m eod 05/12/06 [LSC]

05/12/2006　　ORDER REASSIGNS JURY TRIAL to 07/10/06 at 09:00AM Room 344 (DFH) c/m eod 05/12/06 [LSC]

05/24/2006　　MOTION to appear pro hac vice by atty Anthony R. Burch on behalf of deft. DEFT c/s eod 05/24/06 [LSC]

05/24/2006　　RECEIPT #102-8628 in the sum of $30.00 representing PHV fees of atty Burch. eod 05/24/06 [LSC]

06/06/2006　　ORDER granting motion pro hac vice - Atty Anthony R Burch on behalf of Deft cm TAB eod 06/07/06 [SWM]

06/20/2006　　MOTION to withdraw appearance by atty William H. Dazey. DEFT c/s eod 06/20/06 [LSC]

06/21/2006　　ORDER granting atty Dazey's motion to withdraw appearance on behalf of deft. DFH for KPF c/m eod 06/21/06 [LSC]

07/05/2006　　MOTION TO CONTINUE jury trial set for 7/10/2006. DEFT c/s eod 07/05/06 [LSC]

07/05/2006　　MOTION to suppress evidence unlawfully seized. DEFT c/s eod 07/05/06 [LSC]

07/07/2006　　ORDER grants deft's motion to continue jury trial set for 7/10/2006. DFH c/m eod 07/07/06 [LSC]

07/07/2006　　ORDER VACATES JURY TRIAL of 07/10/06 at 09:00AM Room 344 (DFH) c/m eod 07/07/06 [LSC]

07/07/2006　　ORDER REASSIGNS JURY TRIAL to 08/28/06 at 09:00AM Room 344 (DFH) c/m eod 07/07/06 [LSC]

07/11/2006　　ENTRY re deft's motion to suppress. If deft seeks a hearing on the motion, he may supplement the motion no later than 8/4/2006. DFH c/m eod 07/11/06 [LSC]

07/19/2006　　Response in opposition to defts motion to suppress and points and authorities in support c/s USA eod

07/19/06 [CBU]

| | |
|---|---|
| 07/19/2006 | NOTICE of filing attached exhibit c/s USA eod 07/19/06 [CBU] |
| 08/04/2006 | AFFIDAVIT of FERNANDO FIGUEROA-ESPANA. eod 08/04/06 [LSC] |
| 08/14/2006 | ENTRY ASSIGNS HEARING to 08/23/06 at 09:00AM Room 344 (DFH) c/m eod 08/14/06 [CEB] |
| 08/21/2006 | JURY INSTRUCTIONS USA c/s eod 08/21/06 [LSC] |
| 08/23/2006 | APPEARANCE - RET of atty Clarence L. Burch on behalf of deft. DEFT eod 08/23/06 [LSC] |
| 08/23/2006 | COURTROOM MINUTES - Hearing held on defendant's Motion to Suppress; Troopers Dennis Wade and Dean Wildauer and defendant testified; arguments presented; motion denied; based on the Court's ruling, defendant stated he wanted to enter a conditional plea of guilty; hearing then held to address defendant's desire to enter a plea of guilty. Interpreters Claudia Samulowitz and Christina Courtright. Court Reporter F. Pratt. DFH eod 08/23/06 [CEB] |
| 08/23/2006 | COURT FINDS factual basis for plea and plea voluntarily made. eod 08/23/06 [CEB] |
| 08/23/2006 | Court ADJUDGES defendant guilty as charged. eod 08/23/06 [CEB] |
| 11/02/2006 | ENTRY ASSIGNS SENTENCING DATE to 11/21/06 at 03:00PM Room 344 (DFH) c/m eod 11/02/06 [CEB] |
| 11/17/2006 | MOTION for downward adjustments or departure in sentence. DEFT eod 11/17/06 [LSC] |
| 11/17/2006 | NOTICE of Filing re Motion for Downward Adjustment filed 11/17/2006. DEFT c/s eod 11/17/06 [LSC] |
| 11/21/2006 | COURTROOM MINUTES - Sentencing hearing held. Interpreter Claudia Samulowitz. Ct. Reporter F. Pratt. DFH eod 11/21/06 [CEB] |
| 11/21/2006 | SENTENCING HELD eod 11/21/06 [CEB] |
| 11/27/2006 | JUDGMENT ENTERED COUNT/FINDING: Deft pleaded guilty to Count 1; IMPRISONMENT: 176 months; PROBATION: N/A; RECOMMENDATION: N/A; SUPERVISED RELEASE: 5 years; Standard & Special conditions of Supervision - See Judgment ASSESSMENT: $100.00; FINE: N/A; RESTITUTION: N/A; SCHEDULE OF PAYMENTS: SA due immediately; FACTUAL FINDINGS & GUIDELINE APPLICATION: See Judgment; COUNT(S) DISMISSED: N/A; Deft remanded to USM custody. DFH c/m OBV 40 PG 300 eod 11/27/06 [LSC] |
| 12/07/2006 | NOTICE OF APPEAL from the sentence imposed in the judgment entered on 11/27/06. c/s DEFT eod 12/08/06 [TMA] |
| 12/07/2006 | APPEAL FEES NOT PAID eod 12/08/06 [TMA] |
| 12/08/2006 | SHORT RECORD SENT TO CA w Notice, Info Sheet & Docket Sheet . Designation of record sent to parties. eod 12/08/06 [TMA] |
| 12/21/2006 | ACK FROM CA SHORT RECORD received & assigned CA # 06-4270 eod 12/22/06 [TMA] |
| 12/28/2006 | PARTIAL APPEAL PAYMENT of $105.00 paid by DEFT; receipt #104-5068. eod 12/29/06 [TMA] |

| Date | Entry |
|---|---|
| 01/04/2007 | APPEAL FEES PAID RECEIPT # 102-10050. ($105 Pd in dkt 41; remainder with this receipt.) eod 01/04/07 [TMA] |
| 01/17/2007 | TRANSCRIPT of deft's motion to suppress and plea and sentencing hearing held on 8/23/2006 and 11/21/2006 before Judge David F. Hamilton. Ct. Reporter: F. Pratt. eod 01/17/07 [LSC] |
| 02/15/2007 | USM RETURN - Deft delivered on 12/21/2006 to Warden at ALF. USM eod 02/15/07 [LSC] |
| 07/24/2007 | LONG RECORD SENT TO CA consisting of 1 vol pleadings, 1 transcript and 1 in camera envelope (at USCA request). eod 07/24/07 [TMA] |
| 07/30/2007 | ACK FROM CA LONG RECORD RECEIVED on 7/25/07. eod 07/31/07 [TMA] |
| 01/25/2008 | MANDATE RECEIVED FROM CA. - The judgment of the District Court is AFFIRMED, in accordance with the decision of the USCA entered on 12/28/07. Complete record returned. eod 01/28/08 [TMA] |
| 04/04/2008 | NOTICE to counsel that trial exhibits are now released and may be receipted for in the Clerk's Office. Disposal date: 5/4/2008. LAB c/m eod 04/04/08 [LSC] |
| 03/27/2009 | MOTION to Vacate or Set Aside Judgment, filed by Defendant. c/s eod 03/30/09 [TRG] |
| 02/11/2013 | REASSIGNED from Judge HAMILTON to Judge LAWRENCE (dis) eod 02/11/13 [DH] |
| 02/11/2013 | REASSIGNED from Mag FOSTER to Mag LARUE (dis) eod 02/11/13 [DH] |
| 02/08/2013 | ENTRY denying Motion to Vacate or Set Asside Judgment pursuant to 28 USC 225 and denying Certificate of Appealability (dkt 49). WTL cm eod 02/11/13 [DMW] |
| 02/08/2013 | JUDGMENT - IT IS THEREFORE ADJUDGED that the Petition take nothing by his motion to vacate or set aside judgment pursuant to 28 USC 2255 and the civil action docketed as Cause No. 1:09-cv-395-WTL-DKL is DISMISSED WITH PREJUDICE. WTL cm OBV 47 PG 2 eod 02/11/13 [DMW] |
| 11/25/2014 | ***CASE ADMINISTRATIVELY MOVED TO THE COURT'S CMECF SYSTEM UNDER CAUSE NUMBER 1:06-CR-0048-WTL-DKL. NO FURTHER ENTRIES SHALL BE MADE IN JAMS. eod 11/25/14 [AAM] |

**USDC Southern Indiana -JAMS data-**